# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| HOSPITAL SYSTEMS INC., a California Corporation<br><br>        Plaintiff,<br>v.<br><br>SYMX HEALTHCARE CORPORATION, a Florida Corporation<br><br>        Defendant. | CASE NO. 3:17-cv-07154-SK<br><br>ORDER AS MODIFIED TRANSFERRING CASE TO THE SOUTHERN DISTRICT OF FLORIDA AND VACATING HEARING ON MOTION TO DISMISS<br><br>Date: April 09, 2018<br>Time: 9:30 a.m.<br>Department: Courtroom A, 15th Floor<br>Judge: Hon. Sallie Kim |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Motion to Dismiss for Lack of Personal Jurisdiction filed by Specially Appearing Defendant SYMX HEALTHCARE CORPORATION is withdrawn and the hearing set for April 09, 2018 at 9:30 a.m. is vacated.

ORDER TO TRANSFER AND TO VACATE HEARING     **1**

1

2   PURSUANT TO STIPULATION, IT IS FURTHER ORDERED that this
3   matter be transferred from this Court to the United States Court for the Southern
4   District of Florida.
5   IT IS SO ORDERED.
6   Date: March 28, 2018                    _____
7                                            Magistrate Judge Sallie Kim